# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN V. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-1348-HE |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff John V. Harris, an Oklahoma state prisoner, filed this civil rights action against the State of Oklahoma, challenging the conditions of his confinement. The matter was referred to U.S. Magistrate Judge Charles Goodwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (b)(3), and Fed.R.Civ.P. 72(b). Judge Goodwin has filed a report recommending the case be dismissed, as plaintiff has repeatedly failed to prosecute the case. Specifically, the court has mailed documents to Harris several times, and the documents have been returned undeliverable. Plaintiff has been ordered to update his address, but has failed to do so.

The parties were advised of their right to file an objection to the Report and Recommendation by March 21, 2018. No objections have been filed. The parties have therefore waived any right to appellate review of the factual and legal issues raised in the report. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the report and recommendation [Doc. #7], a copy of which is attached to this order. The case is **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE